Harry Stroik, Appellee, v. Priscilla Stroik, Appellant.

Gen. No. 43,597.

opinion filed November 19, 1946; released for publication December 3, 1946. Emmett M. McDonald and Earl Wilcox, for appellant; Kamm, Griglik & Kamm, for appellee; Casimir Griglik, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.